1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   TAREK J. HELOU  (CABN 218225)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: Tarek.J.Helou@usdoj.gov

8   Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          )    No. CR 08-77 WHA
                                       )
14          Plaintiff,                 )
                                       )
15     v.                              )    [PROPOSED] ORDER EXCLUDING
                                       )    TIME FROM MARCH 24, 2009
16                                     )    THROUGH APRIL 21, 2009
    HUNTER FAE JAMESON,                )
17                                     )
            Defendant.                 )
18  _____)

19

20          The defendant, HUNTER FAE JAMESON, represented by Anthony Brass, and the

21  government, represented by Tarek J. Helou, appeared before the Court on March 24, 2009, for a

22  trial setting conference.  The parties represented that the United States had requested, but not yet

23  received, certified copies of transcripts from court proceedings related to one of the defendant's

24  prior convictions.  The parties also represented that they needed the transcript to determine the

25  defendant's sentencing guidelines range.  The parties jointly requested a continuance of the

26  matter.

27          The matter was continued to April 21, 2009 at 2:00 p.m. for a trial setting conference.

28  Counsel for the defendant requested that time be excluded under the Speedy Trial Act from

ORDER EXCLUDING TIME
Case No. CR 08-77 WHA

1   March 24, 2009 through April 21, 2009 because the parties would need that time to review the

2   transcript discussed above after they receive it.

3         Based upon the representation of counsel and for good cause shown, the Court finds that

4   failing to exclude the time from March 24, 2009 through April 21, 2009 would unreasonably

5   deny the defendant and defense counsel the reasonable time necessary for effective preparation,

6   taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court

7   further finds that the ends of justice served by excluding the time from March 24, 2009 through

8   April 21, 2009 from computation under the Speedy Trial Act outweigh the best interests of the

9   public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time

10  from March 24, 2009 through April 21, 2009 shall be excluded from computation under the

11  Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

12

13

14  DATED: _____April 21, 2009_____

          IT IS SO ORDERED

          Judge William Alsup

15            THE HONORABLE WILLIAM H. ALSUP
          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXCLUDING TIME
Case No. CR 08-77 WHA