1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MARC PRICE WOLF (CABN 254495)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6488
7      FAX: (415) 436-7234
       marc.wolf@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,              )   Case No.: 3:08-CR-00077-WHA-1
14                                         )
        Plaintiff,                         )   STIPULATION AND [~~PROPOSED~~] ORDER TO
15                                         )   CONTINUE STATUS CONFERENCE
        v.                                 )
16                                         )
   HUNTER JAMESON,                         )
17                                         )
        Defendant.                         )
18 _____ )

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE
08-00077 WHA

1   The parties are currently scheduled to appear before the Court on October 6, 2015, for a status
2 conference on a Form 12.  Unfortunately, counsel for the government will be out of the district at a
3 conference on that date, and counsel for the defendant will be in New York handling another case on
4 that date.  The parties jointly request to continue the status conference to 2:00 p.m. on October 20, 2015.
5   IT IS SO STIPULATED.

6 DATED: September 25, 2015                    Respectfully submitted,

7                                              BRIAN J. STRETCH
                                               Acting United States Attorney
8
                                               _____/s/_____
9                                              MARC PRICE WOLF
                                               Assistant United States Attorney
10

11                                             _____/s/_____
                                               ANTHONY BRASS
12                                             Counsel for Hunter Jameson

13
                                    [PROPOSED] ORDER
14
   The hearing scheduled at 2:00 p.m. on October 6, 2015 is continued to 2:00 p.m. on October 20,
15
  2015.
16
   IT IS SO ORDERED.
17

18
  Date:  September 28, 2015.
19
                                               _____
20                                             WILLIAM ALSUP
                                               United States District Judge
21

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
08-00077 WHA