**ANTHONY J. BRASS (CASBN. 173302)**
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>HUNTER FAE JAMISON,<br><br>        Defendants. | Case No.: 3:08-cr-00077-WHA-1<br><br>Stipulation and [Proposed] Order to Move Court Date |

**IT IS AGREED** by the parties, through their undersigned attorneys, that the court date in the above entitled matter be continued from November 3, 2015, to November 10, 2015, at 2:00PM.

Attorney Anthony Brass was notified on October 20, 2015 at 2:30 PM that he is required to be in United States District Court in New York, Southern District on the date of November 3, 2015. The case, United States v. Galanis, is a 5 co-defendant case and was reset by the District Court Judge to November 3, 2015.

The United States Probation Department does not object to the continuance of this date.

Dated: October 21, 2015

/s/ Marc Wolf
Marc Wolf
Assistant United States Attorney


/s/ Anthony Brass
ANTHONY J. BRASS
Attorney for Defendant
HUNTER JAMISON

**ANTHONY J. BRASS (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5462**
**Facsimile: (415) 346-8987**
**tony@brasslawoffice.com**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:08-cr-00077-WHA-1 |
| Plaintiff, | [~~PROPOSED~~] Order |
| vs. | |
| HUNTER FAE JAMISON, | |
| Defendants. | |

ORDER

FOR GOOD CAUSE SHOWN, and by stipulation of the parties,

IT IS ORDERED that the court date in the above entitled matter be moved from November 3, 2015, to November 10, 2015 at 2:00 PM.

Dated: October 26, 2015.   _____

UNITED STATES DISTRICT COURT JUDGE