# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: |
| vs. ) | 0971 3:08CR00077-001 WHA |
| ) | |
| HUNTER FAE JAMESON ) | |
| ) | |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

ON MOTION OF THE COURT, the conditions of supervised release are hereby modified to include the following:

1. The defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 30 days as directed by the probation officer, and shall abide by the rules of that facility.

All other terms and conditions of Mr. Jameson's supervised release shall remain in place as originally imposed.

IT IS SO ORDERED.

Date:  November 12, 2015.

_____
William Alsup
United States District Judge