IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0077 WHA |
| Plaintiff, | |
| v. | **ORDER TERMINATING SUPERVISED RELEASE** |
| HUNTER FAE JAMESON, | |
| Defendant. | |

The Court is satisfied that Mr. Hunter Jameson has successfully completed his conditions of supervision and appears to be committed to his continued rehabilitation. In light of his successful rehabilitation, and given the non-opposition by the Office of Probation and the government, Mr. Jameson's term of supervised release is terminated effective immediately. The Court takes judicial notice of the pending violations on the Form 12.

**IT IS SO ORDERED.**

Dated: June 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE